1 **GREGORY T. MURPHY**
California State Bar No. 245505
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: gregory_murphy@fd.org

5 Attorneys for Carlos Morales-Flores

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARBARA L. MAJOR)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ0227 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| CARLOS MORALES-FLORES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:    January 31, 2008         /s/ Gregory T. Murphy
                                   **GREGORY T. MURPHY**
                                   Federal Defenders of San Diego, Inc.
                                   Attorneys for Carlos Morales-Flores